IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMAR WILLIAMS | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES J. McGRADY, et al., | : | NO. 09-5040 |
| Respondents | : | |

**O R D E R**

AND NOW, this 8th day of June, 2010, upon consideration of the petition for a writ of *habeas corpus*, the Commonwealth's response, and the state court record, IT IS HEREBY ORDERED that:

1. As of July 8, 2010, Petitioner's application for a writ of *habeas corpus* is hereby dismissed unless before that date he has withdrawn his unexhausted claim concerning his plea of guilty.

2. If Petitioner withdraws his unexhausted claim concerning his plea of guilty, I will then consider his exhausted claim concerning his being sentenced for three counts of robbery.

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR. S.J.