IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED JAN 04 2011

| | | |
|---|---|---|
| TROY LAMAR WILLIAMS<br>Petitioner | : | CIVIL ACTION |
| v. | : | |
| JAMES J. McGRADY, et al.,<br>Respondents | : | NO. 09-5040 |

## ORDER

AND NOW, this 4th day of January, 2011, IT IS HEREBY ORDERED that Petitioner's application for a writ of *habeas corpus* is denied with prejudice for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ William Ditter
J. WILLIAM DITTER, JR. J.

ENTERED